IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 5:08CR __47__ |
| v. | § § | |
| WILLIE CHAMBERS, III | § | |

## INFORMATION

### COUNT I

        VIOLATION: Title 29, United States Code, Section 501(c).
        (Embezzlement and Theft of Labor Union Assets).

Beginning on or about January 18, 2007, and continuing up to and through at least July 31, 2007, in the Eastern District of Texas, the defendant, WILLIE CHAMBERS, while an officer, that is, President of International Guards Union of America Local 124, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract securities, property, and other assets of said labor organization in the approximate amount of $6,805.00 in violation of Title 29, United States Code, Section 501(c).

        REBECCA A. GREGORY
        UNITED STATES ATTORNEY

        DENISE O. SIMPSON
        Assistant United States Attorney
        500 State Line Avenue, Suite 402
        Texarkana, Texas 75501
        Florida Bar No. 0981486
        (903) 794-9481

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 5:08CR __*4* 7__ |
| v. § | |
| § | |
| § | |
| WILLIE CHAMBERS, III § | |

**NOTICE OF PENALTY**

**COUNT ONE**

VIOLATION: Title 29, United States Code, § 501(c).
Embezzlement and Theft of Labor Union Assets.

PENALTY: Imprisonment of not more than five (5) years, a fine of not more than $10,000, or both. Supervised release of not more than three years.

SPECIAL ASSESSMENT: $100.00