# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

UNITED STATES OF AMERICA      §

§

V.      §      CASE NO. 5:08CR47

§

WILLIE CHAMBERS, III      §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
## FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Caroline M. Craven regarding Defendants' plea of guilty to Count 1 of an Information in violation of Title 29, USC, Section 501(c), Embezzlement and Theft of Labor Union Assets. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. No objections to the Findings of Fact and Recommendation have been filed. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed August 20, 2008, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY of Count 1 of the Information in the above-numbered cause.

**SIGNED this 4th day of September, 2008.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE